# United States District Court

DISTRICT OF __MASSACHUSETTS__

ROBERT W. ROBAR
AND
JOAN A. ROBAR,  Plaintiffs
V.

OCWEN FEDERAL BANK, FSB
AND
OCWEN FINANCIAL CORPORATION,
                Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05-30127-KPN

**DOCKETED**

TO: (Name and address of defendant)

Ocwen Federal Bank, FSB
2400 Lemoine Street
Fort Lee, NJ 07024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence R. Ehrhard
71 Academy Drive
Longmeadow, MA 01106

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_[signature]_
(BY) DEPUTY CLERK

DATE  5/31/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date*　　______ *Signature of Server*

______ *Address of Server*

05 017382

Deputy Sheriff [illegible]

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 22, 2005

I hereby certify and return that on 8/18/2005 at 8:00AM I served two copies copy of the within Summons and Complaint, Notice in this action together with $[illegible] as fees upon the within named Ocwen Federal Bank, FSB in the following manner (See Mass. R. Civ. P. 4(d)) By leaving at the office of the Secretary of the Commonwealth for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. Service was made by giving in hand to [illegible] [illegible] U.S. District Court Fee [illegible] Basic Service Fee [illegible] Postage and Handling [illegible] Attest/Copies [illegible] Total Charges $[illegible]

Deputy Sheriff