UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. ROBAR, et al.,         )
            Plaintiffs         )
                        )
    v.                               )    Civil Action No. 05-30127-KPN
                        )
OCWEN FEDERAL BANK, FSB, et al., )
            Defendants         )

<u>ORDER</u>
November 15, 2005

    Plaintiff filed a complaint in the U.S. District Court on May 31, 2005. A return of service was filed on August 26, 2005, with a responsive pleading due by September 7, 2005. As of this date, no answer has been filed.

    Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on December 6, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge

                    By:   <u>/s/ Bethaney A. Healy</u>
                            Bethaney A. Healy
                            Deputy Clerk