UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR and<br>JOAN A. ROBAR,<br>    Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB and<br>OCWEN FINANCIAL CORPORATION,<br>    Defendants. | Case No. 05-30127-KPN |

## ANSWER

NOW COME defendants Ocwen Loan Servicing, LLC, successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation (together, "Ocwen") and respectfully respond to the complaint of plaintiffs Robert W. Robar and Joan A. Robar (together, "Plaintiffs") as follows:

### FACTS

1. Ocwen can neither admit nor deny the allegations in this paragraph.

2. Ocwen can neither admit nor deny the allegations in this paragraph.

3. Ocwen denies the allegations in this paragraph.

4. Ocwen denies the allegations in this paragraph.

5. This paragraph states a legal conclusion and, as such, no response is required.

6. Ocwen can neither admit nor deny the allegations in this paragraph.

7. Ocwen can neither admit nor deny the allegations in this paragraph.

8. Ocwen can neither admit nor deny the allegations in this paragraph.

9. Ocwen can neither admit nor deny the allegations in this paragraph.

10. Ocwen can neither admit nor deny the allegations in this paragraph.

11. Ocwen can neither admit nor deny the allegations in this paragraph.

12. Ocwen can neither admit nor deny the allegations in this paragraph. Ocwen further answers that the document referenced in this paragraph speaks for itself.

13. Ocwen can neither admit nor deny the allegations in this paragraph.

14. Ocwen can neither admit nor deny the allegations in this paragraph. To the extent an answer is required, Ocwen states that the documents referenced in this paragraph speak for themselves.

15. Ocwen can neither admit nor deny the allegations in this paragraph.

16. Ocwen can neither admit nor deny the allegations in this paragraph. To the extent an answer is required, Ocwen states that the document referenced in this paragraph speaks for itself.

17. Ocwen can neither admit nor deny the allegations in this paragraph. To the extent an answer is required, Ocwen states that the document referenced in this paragraph speaks for itself.

18. Ocwen can neither admit nor deny the allegations in this paragraph. To the extent an answer is required, Ocwen states that the document referenced in this paragraph speaks for itself.

19. Ocwen states that the document referenced in this paragraph speaks for itself.

20. Ocwen states that the document referenced in this paragraph speaks for itself.

21. Ocwen can neither admit nor deny the allegations in this paragraph. To the extent an answer is required, Ocwen states that the document referenced in this paragraph speaks for itself.

22. Ocwen can neither admit nor deny the allegations in this paragraph.

23. Ocwen can neither admit nor deny the allegations in this paragraph.

24. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Regarding the remaining allegations, Ocwen can neither admit nor deny the allegations in this paragraph.

25. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Regarding the remaining allegations, Ocwen can neither admit nor deny the allegations in this paragraph.

26. Ocwen can neither admit nor deny the allegations in this paragraph.

27. Ocwen can neither admit nor deny the allegations in this paragraph.

28. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Regarding the remaining allegations, Ocwen can neither admit nor deny the allegations in this paragraph.

29. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Regarding the remaining allegations, Ocwen can neither admit nor deny the allegations in this paragraph.

30. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Regarding the remaining allegations, Ocwen can neither admit nor deny the allegations in this paragraph.

31. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Regarding the remaining allegations, Ocwen can neither admit nor deny the allegations in this paragraph.

32. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Ocwen can neither admit nor deny the remaining allegations in this paragraph. To the extent an answer is required, Ocwen states that the document referenced in this paragraph speaks for itself.

33. Ocwen denies the allegations in this paragraph.

## BREACH OF CONTRACT
## COUNT I

34. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

35. Ocwen denies the allegations in this paragraph.

36. Ocwen denies the allegations in this paragraph.

37. Ocwen denies the allegations in this paragraph insofar as they allege that the Plaintiffs were harmed by Ocwen's conduct.

## VIOLATION OF RESPA, 12 U.S.C. SECTION 2605
## COUNT II

38. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

39. Ocwen denies the allegations in this paragraph.

40. Ocwen denies the allegations in this paragraph insofar as they allege that the Plaintiffs were harmed by Ocwen's conduct.

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING
### COUNT III

41. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

42. Ocwen denies the allegations in this paragraph.

43. Ocwen denies the allegations in this paragraph insofar as they allege that the Plaintiffs were harmed by Ocwen's conduct.

## VIOLATION OF M.G.L. c. 93A
### COUNT IV

44. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

45. Ocwen can neither admit nor deny the allegations in this paragraph insofar as the Plaintiffs do not define the phrase "[a]t all times relevant." Ocwen admits that is engaged in trade or commerce.

46. Ocwen admits the allegations in this paragraph.

47. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Ocwen can neither admit nor deny the remaining allegations in this paragraph.

48. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Ocwen can neither admit nor deny the remaining allegations in this paragraph.

49. Ocwen denies the allegations in this paragraph insofar as they allege that the Plaintiffs were harmed by Ocwen's conduct.

## NEGLIGENCE
## COUNT V

50. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

51. This paragraph states a legal conclusion and, as such, no response is required.

52. This paragraph states a legal conclusion and, as such, no response is required. To the extent a response is required, Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen.

53. Ocwen denies the allegations in this paragraph.

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS UPON JOAN ROBAR
## COUNT VI

54. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

55. This paragraph states a legal conclusion and, as such, no response is required. To the extent a response is required, Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen.

56. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Ocwen can neither admit nor deny the remaining allegations in this paragraph.

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS UPON ROBERT ROBAR
## COUNT VII

57. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

58. This paragraph states a legal conclusion and, as such, no response is required. To the extent a response is required, Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen.

59. Ocwen denies the allegations in this paragraph to the extent that they allege wrongdoing on the part of Ocwen. Ocwen can neither admit nor deny the remaining allegations in this paragraph.

## REQUEST FOR PERMANENT INJUNCTION
## COUNT VIII

60. Ocwen realleges and incorporates by reference its answers in the preceding paragraphs.

61. Ocwen denies the allegations in this paragraph.

62. Ocwen denies the allegations in this paragraph

63. Ocwen denies the allegations in this paragraph insofar as they allege that the Plaintiffs were harmed by Ocwen's conduct.

## AFFIRMATIVE DEFENSES

Defendants Ocwen Loan Servicing, LLC, successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation (together, "Ocwen") assert the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs are estopped in whole or in part from recovering in this action.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs claims are barred in whole or in part by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs claims are barred in whole or in part by the Statute of Frauds.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs claims are barred in whole or in part by the Statute of Limitations.

Ocwen intends to add and rely on such other and further defenses as may become apparent during the discovery process in this action and Ocwen reserves its right to amend its Answer to assert any such defenses.

### PRAYER FOR RELIEF

WHEREFORE, defendants Ocwen Loan Servicing, LLC, successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation (together, "Ocwen") respectfully request that this Court enter judgment in Ocwen's favor as follows:

1. Dismiss Plaintiffs' Complaint with prejudice;

2. Award Ocwen costs and fees associated with defending this action; and

3. Award such other and further relief to Ocwen as this Court sees just and proper.

Respectfully submitted,

OCWEN LOAN SERVICING, LLC,
SUCCESSOR-IN-INTEREST TO OCWEN
FEDERAL BANK, FSB AND OCWEN
FINANCIAL CORPORATION,

By their attorneys,

MICHIENZIE & SAWIN, LLC,

Richard C. Demerle (BBO#652242)
Paul Michienzie (BBO#548701)
745 Boylston Street
Boston, MA 02116-2636
(617) 227-5660

DATE: November 21, 2005

9

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 21, 2005.

*/s/ R.C. Demerle*
Richard C. Demerle