# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR ) | |
| And ) | |
| JOAN A. ROBAR, ) | CIVIL ACTION NO. |
|     Plaintiffs ) | 05-30127-KPN |
| ) | |
| v. ) | |
| ) | |
| OCWEN FEDERAL BANK, FSB ) | |
| And ) | |
| OCWEN FINANCIAL CORPORATION, ) | |
|     Defendants ) | |

## CERTIFICATE OF CASE STATUS

COMES NOW counsel for the Plaintiffs herein and certifies as follows:

The above-referenced case is an active case. Counsel for Plantiffs has been in communication with Richard C. Demerle of the law firm of Machiezie & Sawin with regard to the disposition of the matters raised in the above case. Attorney Demerle has filed an answer. Both counsel believe the matter is one which may be resolved at an early stage and attorney Demerle has asked counsel for plaintiffs to submit a settlement proposal for defendants' consideration. Counsel for plaintiffs is in the process of preparing such a proposal for transmittal to defendants. If a settlement should occur, it will be relatively soon. Accordingly, good cause exists for this Honorable Court to retain this case on its docket pending resolution by settlement. If settlement should not occur, then plaintiffs will thereafter expeditiously and vigorously prosecute their claims in this case.

Signed Under the Pains and Penalties of Perjury this 6th day of December, 2005.

/s/ Lawrence R. Ehrhard
Lawrence R. Ehrhard
Counsel for Plaintitffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by first class mail, postage prepaid, upon Richard C. Demerle, counsel for defendants, at his address of record, this 6th day of December, 2005.

/s/ Lawrence R. Ehrhard
Lawrence R. Ehrhard