UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR ) | |
| And ) | |
| JOAN A. ROBAR, ) | CIVIL ACTION NO. |
| Plaintiffs ) | 05-30127-KPN |
| ) | |
| v. ) | |
| ) | |
| OCWEN FEDERAL BANK, FSB ) | |
| And ) | |
| OCWEN FINANCIAL CORPORATION, ) | |
| Defendants ) | |

ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

COME NOW the plaintiffs herein, Robert and Joan Robar, and through their counsel, move that the scheduling conference presently set for January 20, 2006, be continued for thirty days. In support of this motion, plaintiffs state as follows:

This case is one which is likely to settle given time by the parties to properly evaluate the case facts and thenegotiate the demand. Unfortunately, due to personal and professional issues in December, counsel for plaintiffs did not complete the demand statement as anticipated. For this reason, the defendant Ocwen is not in a position to respond or to properly prepare for a scheduling conference and the attendant statements filed in advance of such a conference. Defendants will be submitting the full demand statement on January 10th and request that the scheduling conference and attendant statements be continued for thirty days. This will give the parties time to negotiate a settlement, or if no settlement is reached, to properly prepare the statements looking

toward trial. Defendant assents to this motion, no prejudice will accrue to any party, and this requested continuance will advance the prospects of settlement considerably.

WHEREFORE, plaintiffs request that the scheduling conference and attendant statements be continued for thirty days.

                                  Respectfully Sumbitted
                                  Joan and Robert Robar

                                By _____
                                Lawrence R. Ehrhard
                                Their Counsel
                                71 Academy Drive
                                Longmeadow, MA 01106
                                BBO #151920
                                (413) 736-6324
                                Fax (413) 567-9615
                                lehrhard@comcast.net

ASSENT:

_____
Richard C. Demerle
Michienzie & Sawin LLC
745 Boylston St.
Boston, MA 02116-2636
(617) 227-5660

                            CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served this 9th day of January, 2006, by e-mail and by first class mail, postage prepaid, upon Richard Demerle at his address of record.

                                _____
                                Lawrence R. Ehrhard