UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR and<br>JOAN A. ROBAR,<br>    Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB and<br>OCWEN FINANCIAL CORPORATION,<br>    Defendants. | Case No. 05-30127-KPN |

**PROPOSED AGREED-ON PRE-TRIAL SCHEDULE AND
AGENDA FOR SCHEDULING CONFERENCE**

NOW COME plaintiffs Robert W. Robar and Joan A. Robar ("Plaintiffs") and the defendants Ocwen Loan Servicing, LLC, successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation (together, "Ocwen"), having conferred pursuant to Fed. R. Civ. P. 26(f), and hereby submit the following proposed pre-trial schedule and agenda for scheduling conference, pursuant to Fed. R. Civ. P. 26(f) and LR, D. Mass. 16.1. The scheduling conference in this case is currently scheduled for Wednesday, February 22, 2006 at 11:30 a.m.

**Pre-Trial Schedule – Agreement between the Parties**

1.  Pre-discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by **Friday, March 24, 2006**.

2.  Motions for joinder of additional parties and amendment of pleadings shall be made no later than **Friday, April 28, 2006**.

3.  The parties agree to the following discovery schedule:

      a.      Fact discovery shall be completed by **Thursday, August 31, 2006**.

      b.      Each party shall serve no more than twenty-five (25) interrogatories on any other party.

      c.      Each party shall serve no more than twenty-five (25) requests for admissions on any other party.

      d.      Each party shall conduct no more than ten (10) depositions.

      e.      Each deposition shall be limited to a maximum of seven (7) hours, unless extended by agreement of the parties.

      f.      Each party shall serve no more than two (2) sets of requests for production of documents.

4. Supplements under Rule 26(e) shall be due by **Friday, October 13, 2006**.

5. Plaintiffs shall identify experts and comply with Fed. R. Civ. P. 26(a)(2) by **Tuesday, October 31, 2006**.

6. Defendants shall identify experts and comply with Fed. R. Civ. P. 26(a)(2) by **Thursday, November 30, 2006**.

7. Expert depositions shall be completed by **Friday, December 29, 2006**.

8. Dispositive motions shall be filed by **Friday, January 19, 2007**.

9. Oppositions to dispositive motions shall be filed by **Friday, February 9, 2007**.

10. The parties respectfully request a final pre-trial conference in **February 2007**.

11. The parties respectfully request a settlement conference, or a possible mediation date per LR, D. Mass. 16.4(C)(4), on or before **Friday, April 20, 2007**.

12. The deadline for the final list of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) shall be determined at the pre-trial conference.

13. The parties shall have fourteen (14) days after service of the final list of witnesses and exhibits to list objections under Fed. R. Civ. P. 26(a)(3).

14. The case should be ready for trial by **May 2007** and the anticipated length of trial is approximately three (3) full days.

Pre-Trial Schedule – Difference between the Parties

1. Regarding the parties' agreement for the deadline for filing motions for joinder of additional parties and amendment of pleadings on or before **Friday, April 28, 2006**, the plaintiffs seek to add an exception to this deadline. The plaintiffs would like the court to allow the plaintiffs to file class action certifications on or before **Monday, September 11, 2006**. The defendants oppose this request and respectfully suggest that the plaintiffs may bring a separate action if they feel a class action suit is warranted.

Proposed Agenda to Be Discussed at Scheduling Conference

1. The proposed pre-trial schedule.
2. Whether the parties will consent to trial by a magistrate judge.
3. Whether the parties will consider alternative dispute resolution.

Certifications

The undersigned counsel for the parties hereby certify that they have complied with their respective obligations under LR, D. Mass 16.1(D)(3) concerning conferring

3

with their clients with a view towards establishing a budget for the costs of conducting the full course of the litigation and considering the possibility of resolving the litigation through alternative dispute resolution programs.

| | |
|---|---|
| ROBERT W. ROBAR,<br><br>*Robert W. Robar*<br>Plaintiff | THE PLAINTIFFS' ATTORNEY,<br><br>*[signature]*<br>Lawrence R. Ehrhard<br>71 Academy Drive<br>Longmeadow, MA 01106 |
| JOAN A. ROBAR,<br><br>*Joan A. Robar*<br>Plaintiff | THE PLAINTIFFS' ATTORNEY,<br><br>*[signature]*<br>Lawrence R. Ehrhard<br>71 Academy Drive<br>Longmeadow, MA 01106 |
| OCWEN LOAN SERVICING, LLC,<br>SUCCESSOR-IN-INTEREST TO OCWEN<br>FEDERAL BANK, FSB,<br><br>_____<br>Name:<br>Title:<br>Defendant | THE DEFENDANTS' ATTORNEYS,<br>MICHIENZIE & SAWIN, LLC,<br><br><br>_____<br>Richard C. Demerle (BBO#652242)<br>Paul Michienzie (BBO#548701)<br>745 Boylston Street<br>Boston, MA 02116-2636<br>(617) 227-5660 |
| OCWEN FINANCIAL CORPORATION,<br><br><br><br>_____<br>Name:<br>Title:<br>Defendant | THE DEFENDANTS' ATTORNEYS,<br>MICHIENZIE & SAWIN, LLC,<br><br><br>_____<br>Richard C. Demerle (BBO#652242)<br>Paul Michienzie (BBO#548701)<br>745 Boylston Street<br>Boston, MA 02116-2636<br>(617) 227-5660 |

DATE: February 15, 2006

| | |
|---|---|
| ROBERT W. ROBAR,<br><br>_____<br>Plaintiff | THE PLAINTIFFS' ATTORNEY,<br><br>_____<br>Lawrence R. Ehrhard<br>71 Academy Drive<br>Longmeadow, MA 01106 |
| JOAN A. ROBAR,<br><br>_____<br>Plaintiff | THE PLAINTIFFS' ATTORNEY,<br><br>_____<br>Lawrence R. Ehrhard<br>71 Academy Drive<br>Longmeadow, MA 01106 |
| OCWEN LOAN SERVICING, LLC,<br>SUCCESSOR-IN-INTEREST TO OCWEN<br>FEDERAL BANK, FSB,<br><br>/s/ Michelle Jones<br>Name: Michelle Jones<br>Title: Default Servicing Liaison<br>Defendant | THE DEFENDANTS' ATTORNEYS,<br>MICHIENZIE & SAWIN, LLC,<br><br>/s/ R.C. Demerle<br>Richard C. Demerle (BBO#652242)<br>Paul Michienzie (BBO#548701)<br>745 Boylston Street<br>Boston, MA 02116-2636<br>(617) 227-5660 |
| OCWEN FINANCIAL CORPORATION,<br><br>/s/ Michelle Jones<br>Name: Michelle Jones<br>Title: Default Servicing Liaison<br>Defendant | THE DEFENDANTS' ATTORNEYS,<br>MICHIENZIE & SAWIN, LLC,<br><br>/s/ R.C. Demerle<br>Richard C. Demerle (BBO#652242)<br>Paul Michienzie (BBO#548701)<br>745 Boylston Street<br>Boston, MA 02116-2636<br>(617) 227-5660 |

DATE: February 15, 2006

5