UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. ROBAR and )
JOAN A. ROBAR, )
          Plaintiffs )
 )
v. )   Civil Action No. 05-30127-KPN
 )
 )
 )
OCWEN FEDERAL BANK, FSB and )
OCWEN FINANCIAL CORPORATION, )
          Defendants )

SCHEDULING ORDER
February 22, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

    1. The parties shall complete their automatic disclosures by March 24, 2006.

    2. Motions for joinder of additional parties and amendment of pleadings shall be filed no later than April 28, 2006.

    3. All non-expert discovery shall be completed by August 31, 2006.

    4. Counsel shall appear for a case management conference on September 7, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                             /s/ Kenneth P. Neiman
                             KENNETH P. NEIMAN
                             U.S. Magistrate Judge