UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR and<br>JOAN A. ROBAR,<br>    Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB and<br>OCWEN FINANCIAL CORPORATION,<br>    Defendants. | Case No. 05-30127-KPN |

**RULE 26 INITIAL DISCLOSURES OF DEFENDANTS OCWEN LOAN SERVICING, LLC AND OCWEN FINANCIAL CORPORATION**

Pursuant to Fed. R. Civ. P. 26(a)(1), defendants Ocwen Loan Servicing, LLC, successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation (together, the "Defendants") make the following initial disclosures:

A.    **Individuals Likely to Have Discoverable Information:**

Excluding those individuals who may be used solely for purposes of impeachment, the following individuals may have discoverable information that the Defendants may use to support their claims or defenses. Also listed is a general description of the subjects of the information they may possess as well as the address and telephone numbers for each individual, to the extent known to the Defendants. The individuals identified and subjects of information enumerated are "initial," based on information currently available. Individuals with information as well as the subjects of information may broaden or change as discovery occurs. Accordingly, the Defendants

do not limit themselves to these initial disclosures and reserves their right to supplement this response.

| # | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| 1. | Lucrece Guy<br>Ocwen Loan Servicing LLC,<br>Successor in Interest to Owen Federal Bank FSB<br>c/o Paul Michienzie, Esq.<br>Michienzie & Sawin, LLC<br>745 Boylston Street, 5th Floor<br>Boston, MA 02116 | Knowledge of the payment history relative to the Plaintiffs' loan. |
| 2. | Robert W. Robar<br>c/o Lawrence R. Ehrhard, Esq.<br>71 Academy Drive<br>Longmeadow, MA 01106 | Knowledge of the real estate mortgage on the Property, and payments made on behalf of the mortgage on the Property. |
| 3. | Joan A. Robar<br>c/o Lawrence R. Ehrhard, Esq.<br>71 Academy Drive<br>Longmeadow, MA 01106 | Knowledge of the real estate mortgage on the Property, and payments made on behalf of the mortgage on the Property. |
| 4. | Sandra Custer<br>Bankruptcy Specialist<br>The Money Store<br>30 B Vreeland Road, 3rd Floor<br>Florham Park, NJ 07932 | Knowledge of the accounting of the loan represented by the borrowers' note and mortgage |
| 5. | Keeper of Records<br>The Money Store<br>30 B Vreeland Road, 3rd Floor<br>Florham Park, NJ 07932 | Knowledge of the real estate mortgage on the Property, and payments made on behalf of the mortgage on the Property. |
| 6. | Person with Knowledge<br>The Money Store<br>30 B Vreeland Road, 3rd Floor<br>Florham Park, NJ 07932 | Knowledge of the real estate mortgage on the Property, and payments made on behalf of the mortgage on the Property. |
| 7. | Charles A. Collins, Esq.<br>37 Prospect Street<br>East Longmeadow, CT 01028 | Knowledge of the real estate mortgage on the Property and the closing documents. |

B.  **Documents, Data Compilations, and Tangible Things:**

Excluding those documents, data compilations, and tangible things that may be used solely for purposes of impeachment, the following categories of such items, are in the possession, custody, or control of the Defendants:

| # | DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS |
|---|---|
| 1. | Loan origination file, containing all available mortgage loan origination documents, memoranda, and correspondence pertaining to this matter. |
| 2. | Loan servicing file, containing all available documents, memoranda, and correspondence pertaining to this matter. |

The Defendants provide this disclosure without waiving any privilege including, but not limited to, any attorney-client privilege or work product privilege. The documents constituting the Defendants' production are located at the offices of the Defendants' counsel. The Defendants' counsel is producing copies to counsel for the plaintiffs. The Defendants reserve the right to supplement this response.

C.  **Computation of Damages:**

Ocwen Loan Servicing, LLC, successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation are the defendants in this action, such that they do not bear the burden of showing damages initially.

D.  **Insurance Information:**

The Defendants are not aware of any insurance policy relevant to this action.

3

Respectfully submitted,

OCWEN LOAN SERVICING, LLC,
SUCCESSOR-IN-INTEREST TO OCWEN
FEDERAL BANK, FSB AND OCWEN
FINANCIAL CORPORATION,

By their attorneys,

MICHIENZIE & SAWIN, LLC,

_____
Richard C. Demerle (BBO#652242)
Paul Michienzie (BBO#548701)
745 Boylston Street
Boston, MA 02116-2636
(617) 227-5660

DATE: March 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 24, 2006.

_____
Richard C. Demerle