UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| ROBERT W. ROBAR | ) | |
| And | ) | |
| JOAN A. ROBAR, | ) | CIVIL ACTION NO. |
|     Plaintiffs | ) | 05-30127-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN FEDERAL BANK, FSB | ) | |
| And | ) | |
| OCWEN FINANCIAL CORPORATION, | ) | |
|     Defendants | ) | |


FED. R. CIV. PROC. 26(a)(1) DISCLOSURES BY PLAINTIFFS


(A)  1.  Robert Robar: Address—52 Crystal Avenue, Springfield, Massachusetts; Telephone No.—(413) 734-8906; Subject of Information—Mr. Robar is familiar with the payment history on the mortgage on their home, with the various attempts he and his wife made to secure a discharge of mortgage from Ocwen, with the attempted payment of the final installments of that mortgage, with the circumstances surrounding and following the removal of their granddaughter from their home, with the financial consequences attendant upon the failure of Ocwen to provide them with a mortgage discharge and with Ocwen's various actions adversely impacting upon their credit, and with the emotional and physical pain and suffering and financial loss suffered by him and his wife as a consequence of Ocwen's actions.

2.  Joan Robar: Address—52 Crystal Avenue, Springfield, Massachusetts; Telephone No.—(413) 734-8906; Subject of Information—Mrs. Robar is familiar with the payment history on the mortgage on their home, with the various attempts she and her husband made to secure a discharge of mortgage from Ocwen, with the attempted payment of the final installments of that mortgage, with the circumstances surrounding and following the removal of their granddaughter from their home, with the financial consequences attendant upon the failure of Ocwen to provide them with a mortgage discharge and with Ocwen's various actions adversely impacting upon their credit, and with the emotional and physical pain and suffering and financial loss suffered by her and her husband as a consequence of Ocwen's actions.

       3.      Clifford J. Prestia, M.D.: Address---125 Liberty Street, Ste. 401, Springfield, MA 01103; Telephone No.---(413) 737-0959; Subject of Information—Dr. Prestia is Mr. Robar's internist and primary care physician. He is familiar with Rober Robar's current and past medical condition; he is familiar with the depression suffered by Mr. Robar; he is familiar with the relation of that condition to Mr. Robar's finances and the actions of Ocwen as they impacted on that situation and that of his overall health.

       4.      Patrick M. Cooke, M.D.: Address---299 Carew Street, Ste 419, Springfield, MA 01104; Telephone No.---(413) 737-7951; Subject of Information—Dr. Cooke is Mr. Robar's gastroentoligist. He has treated Mr. Robar for his Crohn's disease for some time. He is familiar with the relation of Mr. Robar's financial condition, the actions of Ocwen with regard to the discharge of mortgage and the impact those actions had upon Mr. Robar's Crohns' disease.

(B)    1.      Mortgage Payment checks to Ocwen for the periods January 5, 1999 to January 1, 2002.

       2.      2004 1099C from Ocwen showing a Cancellation of Debt in the amount of $9,066.17

       3.      Purported "Loan Transaction History" from Ocwen for the period from June 5, 1992 to August 5, 2001.

       4.      Letters dated February 25 and March 21, 2002 from David Rosen of Harmon Law Office

       5.      Letter dated December 28, 2001, from Neil Heiger of Harmon Law Office

       6.      Letters dated October 22, December 7, December 19, and December 20 of 2001 and July 11, 2002, from Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP

       7.      Letters dated December 30, 1998, August 13, September 13, October 20, November 27, undated (probably December 5, 2001), December 12, and December 15 of 2001, April 18, 2002, and February 5, 2003, from Ocwen

       8.      Chapter 13 Bankruptcy File for Robert Robar in Case No. 92-43340

       9.      Chapter 13 Bankruptcy File for Joan Robar in Case No. 95-43255

       10.     Federal and State Tax Returns for Robert and Joan Robar for tax years 2001 through 2005

11. Installment Plan Statements for Federal taxes for period tax year 2002 through 2004 for Robert and Joan Robar

12. Massachusetts Department of Revenue Statements of Taxes owed for periods for tax years 2001 through 2004 for Robert and Joan Robar

13. Ocwen Annual Statements/ Substitute Form 1098 for 1999 and 2000

14. Ocwen Billing Notice dated May 1, 1997

15. U.S. Mail Return Receipts showing delivery to Ocwen for dates of November 7, 12, and 13 of 2001; and for dates in December of 2001 and January of 2002.

16. Ocwen Billing Statement dated November 21, 2001

17. Unsigned copy of Supplementary Application dated December 19, 1986 for home mortgage loan

18. IRS notice of unpaid taxes dated June 30, 2003

19. Medical file in possession of Dr. Prestia on Robert Robar

20. Medical file in possession of Dr. Cooke on Robert Robar

21  Credit Reports in possession of the three major credit bureaus for the relevant time frames. October 8, 2002, Equifax report attached to Complaint.

21. Letter of January 26, 2002, from Attorney Ehrhard to Harmon Law firm

22. Credit Card bills for calendar years 2001 through 2005

22. Cancelled mortgage payment checks may be in the records of the relevant banks for the periods prior to January of 1999.

The copies referred to above are located at the residence of the plaintiffs except for the following: Dr. Prestia's and Dr. Cooke's offices contain the medical files of Robert Robar; the full bankruptcy files are public records and are maintained at the archives of the United States Bankruptcy Court for the District of Massachusetts; the tax statements are in the possession of the appropriate taxing authorities; the credit card billing information is in the possession of the relevant credit card companies; and other cancelled checks may be in the possession of the relevant banks in their archived records if such still exist.

      Plaintiffs have already made the cancelled checks and the bulk of the documents in plaintiffs' possession referred to above available to Ocwen as attachments to the Complaint or to the demand letter of February 8, 2006 or attached to the liability letter of March 6. 2006. To the extent any documents are in the possession of other parties, plaintiffs will assist defendant in securing said documents, without waiving their right to exercise any applicable privileges as applied to documents not directly related to the issues before this court. To the extent any document have not already been made available to defendants, plaintiffs will make them available for inspection and copying upon request.

(C)    Money damages consist of approximately $25,158 in tax liabilities incurred as a result of having to make premature withdrawals of tax deferred accounts, lost interest on such accounts in an approximate amount of $2,500 per year since 2002 and continuing, extra interest costs incurred on credit cards in a sum greater than $5,000. Damages for pain and suffering are supported by the testimony of plaintiffs, Drs. Prestia and Cooke and the medical records maintained by said physicians. Damages for pain and suffering for both plaintiffs are estimated to have a value in excess of $100,000. Chapter 93A provides that damages may be trebled and that reasonable attorney fees paid to the plaintiffs when they prevail. The RESPA counts similarly provide for payment of attorney fees. That amount cannot be calculated at this time and is dependent on future events.

(C)    The Plaintiffs are not aware of any insurance policy which would be applicable to this case.

Plaintiffs reserve the right to supplement the information contained in these disclosures.

                                            Respectfully Submitted
                                            Joan and Robert Robar

                                            By /s/ Lawrence R. Ehrhard
                                            Lawrence R. Ehrhard
                                            Their Counsel
                                            71 Academy Drive
                                            Longmeadow, MA 01106
                                            BBO #151920
                                            (413) 736-6324
                                            Fax (413) 567-9615

lehrhard@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served this 27th day of March, 2006, by e-mail and by first class mail, postage prepaid, upon Richard Demerle, counsel for defendants, at his address of record.

/s/ Lawrence R. Ehrhard
Lawrence R. Ehrhard