# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT W. ROBAR | ) | |
| And | ) | |
| JOAN A. ROBAR, | ) | CIVIL ACTION NO. |
| Plaintiffs | ) | 05-30127-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN FEDERAL BANK, FSB | ) | |
| And | ) | |
| OCWEN FINANCIAL CORPORATION, | ) | |
| Defendants | ) | |

## MOTION UNDER FRCP 37 TO COMPELL DISCLOSURE

COMES NOW the Plaintiffs and move, pursuant to Fed. R. Civ. Proc, Rule 37(a) to compel Defendants to provide the information required under Rule 26(a)(B). The counsel for Defendants in his disclosure statement said: "The documents constituting the Defendants' production are located at the offices of the Defendants' counsel. The Defendants' counsel is producing copies to counsel for the plaintiffs.". The initial disclosures of Defendants were served on March 24, 2006. It is now June 4, 2006, over two months later, and not a single document or paper has been received from Defendants.

Counsel for Plaintiffs has called the office of Defendants' counsel two or three times a week for the past five weeks and is always told (after checking by the one who answers) that the counsel is not in. On at least two separate recent occasions counsel for plaintiffs has left detailed messages on Defendants' counsel's voice mail explaining the situation and asking for a call back. No such call has been received.

1

The initial disclosure documents in question go particularly to the question of liability. Plaintiffs, through their lawyer, have emphatically stated that there is no question of liability. Every dime owed (except the last three payments which were refused) was paid to Defendants on the mortgage in question. In its initial disclosures and documents sent to Defendants' counsel, Plaintiffs have conclusively shown by documentary evidence that all payments were made. Plaintiffs have produced no documents to the contrary and cannot do so. The nine thousand plus they claimed before this honorable court as being owed is due to their failure to count the double payments made for a five month period and all the payments made on arrearages by the Chapter 13 Trustee in one of the Plaintiffs' cases.

The failure to make disclosure as required is delaying the continuation of discovery by Plaintiffs. It is also placing Plaintiffs in further financial jeopardy. The Defendants sent a forgiveness of debt document to the IRS. The IRS is now threatening levy and collection action if the Plaintiffs do not pay taxes on the phantom income attributed to them by the false statement of debt forgiveness.

ACCORDINGLY, Plaintiffs move that this Honorable Court compel Defendants to produce the documents forthwith as required by Rule 26(a) (B) and which they claim to have in their possession. Plaintiffs further ask that this Court impose sanctions on Defendants in the amount of the reasonable attorney fees incurred in bringing this Motion.

Respectfully Submitted
Joan and Robert Robar


By  /s/ Lawrence R. Ehrhard
Lawrence R. Ehrhard
Their Counsel
71 Academy Drive
Longmeadow, MA 01106
BBO #151920
(413) 736-6324
Fax (413) 567-9615
lehrhard@comcast.net


CERTIFICATION OF GOOD FAITH ATTEMPT TO CONFER WITH COUNSEL

I, Lawrence Ehrhard, hereby certify that I made a good faith attempt to confer with Richard Demerle, counsel for Defendants, concerning the production of the documents which are the subject of the Motion to Compel. I called his office two or three times a week for the past five weeks. After getting someone who said they would get him, I was then told that he wasn't in. On at least two occasions in the recent calls, I left voice messages in which I explained my concerns, asked for a call back, and said that I would move to compel if I had to do so. To date I have received neither call from Attorney Demerle nor any communication of any sort.


/s/Lawrence R. Ehrhard
Lawrence R. Ehrhard

CERTIFICATE OF SERVICE

I, Lawrence R. Ehrhard, certify that on January 4, 2006, I electronically filed the Plaintiffs' Motion for Compel with the United States District Court for the District of Massachusetts using the CM/ECF System. It is my understanding that notice of this filing with be provided by the CM/ECF System to the following CM/ECF participants:

Richard C. Demerle
Counsel for Defendants.

/s/ Lawrence R. Ehrhard
Lawrence R. Ehrhard
BBO #151920