UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. ROBAR, et al.,         )
         Plaintiffs  )
                                   )
                                   )
      v.                           )   Civil Action No.  05-30127-MAP
                                   )
                                   )
OCWEN FEDERAL BANK, FSB,         )
et al.,                          )
         Defendants  )

REVISED SCHEDULING ORDER
September 7, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All outstanding discovery responses shall be provided by September 29, 2006.

2. Non-expert depositions shall be completed by October 20, 2006.

3. Counsel shall appear for a case management conference on October 25, 2006, at 10:30 a.m. in Courtroom Three.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge