UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR and <br> JOAN A. ROBAR, <br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK, FSB <br> and <br> OCWEN FINANCIAL CORPORATION, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-30127-KPN <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance on behalf of the Defendants Ocwen Federal Bank FSB and Ocwen Financial Group. I am no longer associated with this firm as of August 31, 2006. The appearance of Paul Michienzie of Michienzie & Sawin LLC, shall remain on file.

Respectfully submitted,

OCWEN LOAN SERVICING, LLC,
SUCCESSOR-IN-INTEREST TO
OCWEN FEDERAL BANK, FSB and
OCWEN FINANCIAL CORPORATION,

By their attorneys,

Richard C. Demerle, BBO #652242
Paul Michienzie, BBO #548701
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116
Tel. 617-227-5660

DATE: 9/22/06

{00092902.DOC}

## CERTIFICATE OF SERVICE

I, Richard C. Demerle, attorney for Defendants hereby certify that I have on this ___ day of September 2006, served a copy of the foregoing, by mailing. postage prepaid, or via electronic filing to the following:

<u>Via Electronic Mail</u>
Lawrence R. Ehrhard, Esq.
71 Academy Drive
Longmeadow, MA  01106

*/s/ Richard C. Demerle*
Richard C. Demerle

{00092902.DOC}