UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR and <br> JOAN A. ROBAR, <br> Plaintiffs, <br><br> v. <br><br> OCWEN FEDERAL BANK, FSB <br> and <br> OCWEN FINANCIAL CORPORATION, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-30127-KPN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Pursuant to Fed. R. Civ. P. 5(a) and LR, D. Mass. 5.1(a)(1) and 83.5.2, please enter my appearance as counsel for the defendants Ocwen Loan Servicing LLC, Successor-in-Interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation in the above-captioned action.

Respectfully submitted,

**OCWEN LOAN SERVICING, LLC,
SUCCESSOR-IN-INTEREST TO
OCWEN FEDERAL BANK, FSB and
OCWEN FINANCIAL CORPORATION,**

By their attorneys,

/s/ Christopher J. DeCosta

Christopher J. DeCosta, BBO #657527
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116
Tel. 617-227-5660

DATE: 9/21/06

{00092897.DOC}

## CERTIFICATE OF SERVICE

      I, Christopher J. DeCosta, attorney for Defendants hereby certify that I have on this 20th day of September 2006, served a copy of the foregoing, by mailing a copy of same, postage prepaid to the following:

Lawrence R. Ehrhard, Esq.
71 Academy Drive
Longmeadow, MA  01106

_____
Christopher J. DeCosta

{00092897.DOC}