UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT W. ROBAR, et al.,           )
                Plaintiffs     )
                                        )
     v.                              )     Civil Action No. 05-30127-MAP
                                        )
OCWEN FEDERAL BANK, FSB, et al.,   )
                Defendants    )

SCHEDULING ORDER
October 25, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 15, 2006.

2. Defendants shall designate and disclose information regarding their experts as required by FED. R. CIV. P. 26(a)(2) by January 16, 2007.

3. All expert depositions shall be completed by February 9, 2007.

4. Counsel shall appear for a final pretrial conference on March 22, 2007, at 2:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: October 25, 2006

          /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge