MCKENZIE & SAWMILL

**Christopher J. DeCosta**

745 Boylston Street
Boston, Massachusetts
02116-3636

Telephone
617 227-5660

Facsimile
617 227-5882

Email
cd@masatlaw.com



December 6, 2006

The Honorable Michael A. Ponsor
C/o Elizabeth French
United States District Court
Springfield Divisional Office
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103

Re:  Robar, et al. v. Ocwen Financial Corporation, et al.
U.S. District Court for District of Massachusetts,
Case No. 05-30127-KPN

Dear Judge Michael A. Ponsor:

As you know, I represent the defendants, Ocwen Loan Servicing LLC as successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corp. The undersigned and the plaintiff's counsel, Mr. Ehrhard have had some discussions regarding the resolution of this matter and have come to the conclusion that mediation would be helpful in achieving a settlement. At the last Pre-Trial Conference, Judge Nieman indicated that he would be willing to mediate the case. As such, we are requesting that this case be referred to Judge Nieman so that we may engage in mediation.

Christopher J. DeCosta, Esq.
Counsel for the Defendants,
Ocwen Loan Servicing LLC,
as Successor-In-Interest to
Ocwen Federal Bank, FSB

Lawrence R. Ehrhard, Esq.
Counsel for the Defendants,
Robert W. Robar and Joan A. Robar

{00097966.DOC}