## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT W. ROBAR, et al.,
        Plaintiffs

      V.

OCWEN FEDERAL BANK, et al.,
        Defendants

CIVIL ACTION

NO. 05-30127-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On January 31, 2007, I held the following ADR proceeding:

    __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
    _X_ MEDIATION      __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[X]  All parties were represented by counsel

[X]  The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]  Settled.  A ___ day order of dismissal has been entered.

[X]  There was progress.  The court has scheduled a telephone conference for February 5, 2007, at 11:00 a.m.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[ ]  Other: _____

February 1, 2007                  /s/ Kenneth P. Neiman
DATE                                   ADR Provider

                                             KENNETH P. NEIMAN, Chief Magistrate Judge