## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT W. ROBAR, et al.,
        Plaintiffs

      V.

OCWEN FEDERAL BANK, et al.,
        Defendants

CIVIL ACTION

NO.   05-30127-MAP

### SUPPLEMENTAL REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE   Ponsor

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   February 5, 2007,   I held the following ADR proceeding:

    __ SCREENING CONFERENCE    __ EARLY NEUTRAL EVALUATION
    _X_ MEDIATION    __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL    __ SETTLEMENT CONFERENCE

[X]   All parties were represented by counsel

[X]   The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]   Settled.  A  45-Day  day order of dismissal has been entered.

[ ]   There was progress.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[X]   Other: On February 12, 2007, the corut was notified that the parties had reached settlement. The clerk's office shall issue a 45-Day Settlement Order of Dismissal

February 12, 2007                     /s/ Kenneth P. Neiman
DATE                                 ADR Provider

                                       KENNETH P. NEIMAN, Chief Magistrate Judge