UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR, et al.,<br>                Plaintiffs<br><br>      v.<br><br>OCWEN FEDERAL BANIK, FSB,<br>et al.,<br>                Defendants | Civil Action No. 05-30127-MAP |

SETTLEMENT ORDER OF DISMISSAL
February 12, 2007

      The court, having been advised on February 12, 2007, that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

      By the Court,

      /s/ Bethaney A. Healy
      Bethaney A. Healy
      Deputy Clerk