UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. ROBAR and<br>JOAN A. ROBAR,<br>      Plaintiffs,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB and<br>OCWEN FINANCIAL CORPORATION,<br>      Defendants. | CIVIL ACTION NO. 05-30127-KPN |

## STIPULATON OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Robert W. Robar and Joan A. Robar and the Defendants, Ocwen Loan Servicing, LLC, Successor-In-Interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation, stipulate that the Complaint in the above-styled cause and all claims against the Defendants be dismissed with prejudice. Each Party shall bear its own costs, and each Party waives any rights of appeal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ROBERT W. ROBAR and<br>JOAN A ROBAR,<br><br>By their attorney,<br><br>_/s/ Lawrence R. Ehrhard_<br>Lawrence R. Ehrhard, Esq.<br>71 Academy Drive<br>Longmeadow, MA 01106<br>Tel. 413-736-6324 | OCWEN LOAN SERVICING, LLC,<br>SUCCESSOR-IN-INTEREST TO<br>OCWEN FEDERAL BANK, FSB and<br>OCWEN FINANCIAL CORPORATION,<br><br>By their attorneys,<br><br>_/s/_<br>Paul Michienzie – BBO #548701<br>Christopher J. DeCosta – BBO #657527<br>Michienzie & Sawin LLC<br>745 Boylston Street<br>Boston, MA 02116<br>Tel. 617-227-5660 |

Dated: 5/11/07

## CERTIFICATE OF SERVICE

I, Christopher J. DeCosta, attorney for Defendant Ocwen Loan Servicing, LLC Successor-in-Interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation, hereby certify that I have on this 11th day of May 2007, served a copy of the foregoing, by mailing a copy of same, postage prepaid to the following:

Lawrence R. Ehrhard, Esq.
71 Academy Drive
Longmeadow, MA   01106

_____
Christopher J. DeCosta